UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                               :

ROBERT WEEKES,                            :

                                Plaintiff,     :

                                                    :          22-CV-1849 (VSB)

                     -against-                     :

                                                    :              **ORDER**

CLV, INC.,                                          :

                                                    :

                                Defendant.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported that the parties have reached a settlement in principle.  (Doc. 22.) Accordingly, it is hereby:

       ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: June 22, 2022
       New York, New York

                                                                                   Vernon S. Broderick
                                                                                   United States District Judge