UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                           :

ROBERT WEEKES, Individually, and On
Behalf of All Others Similarly Situated,

                                    Plaintiff,                    22-cv-1849 (VSB)

                -against-                                  **ORDER**

CLV, INC.,

                                 Defendant.
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The Parties in the above-captioned action filed a Notice of Settlement on June 21, 2022, (Doc. 22), and I ordered that the action be dismissed without prejudice to restoring the action within thirty days. (Doc. 23.) On July 22, 2022, the Plaintiff filed a letter motion to reopen the action for an additional thirty days. (Doc. 25.) I granted Plaintiff's request to reopen the action until August 25, 2022, but as of the date of this Order, the Parties have not submitted any subsequent filings. (Doc. 26.) It is hereby

       ORDERED that the Parties submit a joint letter by August 30, 2022 regarding the status of the settlement in this action and whether the action can be closed.

SO ORDERED.

Dated: August 26, 2022
       New York, New York

                                                                  Vernon S. Broderick
                                                                  United States District Judge